

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00241-CV

_____

IN RE JASON RYAN MOLINAR, Relator

---

Original Proceeding
325th District Court of Tarrant County, Texas
Trial Court No. 325-607515-16

---

Before Sudderth, C.J.; Birdwell and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of habeas corpus and is of the opinion that the petition should be dismissed as moot. Accordingly, relator's petition for writ of habeas corpus is dismissed as moot.

Per Curiam

Delivered:  July 14, 2023